UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT GORDON PAYNE,

    Plaintiff,

v.

                                    Case No. 1:23-cv-524

SYDNIE ALVIAR, et al.,

                                    Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the report and recommendation ("R&R") of the magistrate judge (ECF No. 47) is **ADOPTED IN PART** and **REJECTED IN PART**.  The Court adopts Sections I – III of the R&R and its recommendation to deny Defendant's Alviar's motion to dismiss.  The Court rejects the remainder of the R&R.

**IT IS FURTHER ORDERED** that Defendant Alviar's motion to dismiss and/or for summary judgment (ECF No. 18) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Sherwood's motion for summary judgment (ECF No. 24) is **DENIED**.

Dated: March 27, 2024                               /s/ Hala Y. Jarbou
                                                                   HALA Y. JARBOU
                                                                   CHIEF UNITED STATES DISTRICT JUDGE